AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>Michael Joseph Foy<br><br>**Date of Birth:** XXXXXXXX<br>*Defendant(s)* | Case: 1:21-mj-00136<br>Assigned to: Judge Robin M. Meriweather<br>Assign Date: 1/20/2021<br>Description: COMPLAINT W/ ARREST WARRANT |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _January 6, 2021_ in the county of _____ in the _____ in the District of _Columbia_, the defendant(s) violated:

*Code Section*                                       *Offense Description*

18 U.S.C. § 1752(a)(1), (2) - knowingly enter or remain in any restricted building or grounds without lawful authority;
18 U.S.C. 231(a)(3) - Obstruction of law enforcement;
18 U.S.C. § 111(a)(1) and (b) - Forcibly assault, resist, oppose, impede, intimidate, or interfere with any officer of the United States;
18 U.S.C. § 2 – Aiding and abetting;
18 U.S.C. § 1512(c)(2) - Obstruct, influence, or impede any official proceeding of Congress.

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

*Complainant's signature*

Paula R Menges, Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1
by telephone.

Date:   01/20/2021

*Judge's signature*

City and state:   Washington, D.C.           Robin M. Meriweather, U.S. Magistrate Judge
*Printed name and title*